**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

ROGALLERY IMAGE MAKERS INC.,

Defendant.

Case No. 1:19-cv-00723-DAB
**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         July 24, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Ruofei Xiang, Esq.
Mazzola Lindstrom LLP
733 Third Avenue, 15th Floor
New York, NY 10017
ruofei@mazzolalindstrom.com
*Attorneys for Defendant*